# United States Court of Appeals
# for the Federal Circuit

---

**STRYKER CORPORATION, STRYKER PUERTO
RICO, LTD., STRYKER SALES CORPORATION,**
*Plaintiffs-Appellees*

**v.**

**ZIMMER, INC., ZIMMER SURGICAL, INC.,**
*Defendants-Appellants*

**ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS,**
*Defendant*

---

2013-1668

---

Appeal from the United States District Court for the
Western District of Michigan in No. 10-CV-1223, Judge
Robert J. Jonker.

---

## ON PETITION FOR PANEL REHEARING

---

Before PROST, *Chief Judge,* NEWMAN and HUGHES, *Circuit
Judges.*

PER CURIAM.

## O R D E R

A petition for rehearing en banc was filed by appellees
Stryker  Corporation,  Stryker  Sales  Corporation  and

Stryker Puerto Rico, Ltd. and a response thereto was invited by the court and filed by appellant Zimmer Surgical, Inc. and Zimmer, Inc. This was followed by Stryker Corporation, Stryker Sales Corporation and Stryker Puerto Rico, Ltd.'s Motion for Leave to File a Reply in Support of its Petition for Rehearing. The motion was granted. The petition, response, and reply were referred to the panel that heard the appeal.

IT IS ORDERED THAT:

(1) Appellees' petition is granted by the panel for the limited purpose of clarifying the discussion of the standard of review of the objective reckless prong of willful infringement.

(2) The previous opinion in this appeal issued December 19, 2014 and reported at *Stryker Corp. v. Zimmer, Inc.*, 774 F.3d 1349 (Fed. Cir. 2014) is withdrawn and replaced with the revised opinion accompanying this order.

FOR THE COURT

March 23, 2015
    Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court